04-56934
Christine R. Murphy

FILED

| | | |
|---|---|---|
| Attorney for debtor | $_____ | $_____ |
| Attorney for | 2009 DEC 10 PM 12: 04 $_____ | |
| Accountant for | $_____ | $_____ |
| Appraiser for | U.S. BANKRUPTCY COURT | $_____ |
| | NORTHERN DISTRICT OF OHIO | |
| Other | $_____ AKRON | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,831.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Portfolio Recovery Associates LLC | $ 959.52 | $ 31.90 |
| 2 | City of Cuyahoga Falls | $ 396.11 | $ 13.17 |
| 3 | Midland Credit Management Inc | $ 751.90 | $ 25.00 |
| 4 | Time Warner Cable | $ 80.38 | $ 2.67 |
| 5 | Akron General Medical Center | $ 100.00 | $ 3.32 |
| 6 | Cuyahoga Falls General Hospital | $ 2,833.24 | $ 94.21 |
| 7 | Dominion East Ohio Gas | $ 355.64 | $ 11.83 |
| 8 | Great Lakes Educational Loan Services Inc | $ 20,354.21 | $ 676.78 |

**UST Form 101-7-TFR (9/1/2009)**

$5.99

Ck # 109